## (December 21, 1966)

■ In the Matter of IRWIN M. GROSS, Petitioner.— Motion by petitioner for reconsideration of this court's order, dated June 20, 1966, which denied his application for admission to the Bar. Motion denied. Beldock, P. J., Ughetta, Christ, Brennan and Hill, JJ., concur.

■ In the Matter of the Application of ALEC A. PANDELEON, for Admission to the Bar.— Application for admission to the Bar denied solely on the ground that the applicant fails to meet the requirements of rule VII of the Rules of the Court of Appeals for the Admission of Attorneys and Counselors at Law. Beldock, P. J., Ughetta, Christ, Brennan and Hill, JJ., concur.